IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| APRIL NICOLE BILLUPS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>    Commissioner of Social Security, )<br>    Defendant. ) | CIVIL ACTION NO. 3:14-12421 |

**MEMORANDUM OPINION AND ORDER**

    The Defendant, Carolyn W. Colvin, Commissioner of the Social Security Administration, by counsel, Stephen M. Horn, Assistant United States Attorney for the Southern District of West Virginia, has moved the Court to remand this case to the Commissioner pursuant to the provisions of sentence four of 42 U.S.C. § 405(g). (Document No. 9.) Counsel for the Defendant asserts that on remand, the Commissioner, through the Appeals Council, will refer the case to an Administrative Law Judge ("ALJ") to issue a new decision. (Id. at ¶ 3.) Counsel for the Defendant asserts that remand is necessary because "the hearing decision relied on the personally identifiable information (PII) of an individual, who is not the claimant." (Id. at ¶ 2.) Counsel further states that counsel for Plaintiff concurs in the Motion. (Id. at ¶ 4.) Both parties have consented to disposition by the United States Magistrate Judge. (Document Nos. 7 and 8.)

    Accordingly, there being good cause for the Defendant's Motion for Remand and there being no objection, it is hereby **ORDERED** that the Defendant's Motion for Remand (Document No. 9.) is **GRANTED**. This case is **REMANDED** to the Commissioner of Social Security for further proceedings before an Administrative Law Judge as specified by the Commissioner in her Motion to Remand pursuant to the provisions of sentence four of 42 U.S.C. § 405(g).

    The Clerk is directed to send a copy of this Order to counsel of record.

    ENTER: May 28, 2014.

                                                                   R. Clarke VanDervort<br>
                                                                   United States Magistrate Judge